IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MOTOROLA, INC., AND FREESCALE SEMICONDUCTOR, INC., PLAINTIFFS, | § § § § § | |
| V. | § § | CAUSE NO. A-04-CA-007-LY (Consolidated with A-04-CA-390-LY) |
| MICRON TECHNOLOGY, INC., DEFENDANT. | § § | |
| MICRON TECHNOLOGY, INC., PLAINTIFF, | § § § | |
| V. | § § | |
| MOTOROLA, INC., DEFENDANT. | § § | |

## ORDER

Before the Court is the above-referenced cause. On May 9, 2005, the parties filed a Joint Status Report Regarding Settlement stating that they anticipate that all remaining issues will be resolved and a settlement agreement finalized within thirty days. In light of the parties' status report in this case,

**IT IS ORDERED** that the parties shall file a motion to dismiss or stipulation of dismissal on or before thirty (30) days from the date of this Order. Failure to comply with the Court's Order will result in the reinstatement of the case and the scheduling of a trial date.

**IT IS FINALLY ORDERED** that all pending motions in this case are abated pending further order from this Court.

SIGNED this _10th_ day of May, 2005.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE