IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION



FILED
2005 JUN 20 PM 4:43

| | | |
|---|---|---|
| MOTOROLA, INC., AND<br>FREESCALE SEMICONDUCTOR,<br>INC.,<br>　　　　PLAINTIFFS,<br><br>V.<br><br>MICRON TECHNOLOGY, INC.,<br>　　　　DEFENDANT. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br><br><br>CAUSE NO. A-04-CA-007-LY<br>(Consolidated with A-04-CA-390-LY) |
| MICRON TECHNOLOGY, INC.,<br>　　　　PLAINTIFF,<br><br>V.<br><br>MOTOROLA, INC.,<br>　　　　DEFENDANT. | §<br>§<br>§<br>§<br>§<br>§<br>§ | |

## AMENDED FINAL JUDGMENT

Before the Court is the above entitled cause of action. On June 10, 2005, the parties filed a Joint Stipulated Motion to Dismiss with Prejudice all claims brought in this cause of action, which the Court granted by separate order. Accordingly, the Court enters the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that all claims asserted by Micron Technology, Inc. against Freescale Semiconductor, Inc. in this cause are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that all claims asserted by Freescale Semiconductor, Inc. against Micron Technology, Inc. in this cause are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that all claims asserted by or against Motorola, Inc. in this cause are hereby **DISMISSED WITHOUT PREJUDICE**.



**IT IS FURTHER ORDERED** that each party shall bear its own costs and attorneys' fees.

**IT IS FURTHER ORDERED** that all relief not expressly granted is hereby **DENIED**.

**IT IS FINALLY ORDERED** that the case hereby **CLOSED**.

SIGNED this _20th_ day of June, 2005.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE

2